IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.        NO. 4:01CV00076 | |
| DIRK PEARSON | DEFENDANT |
| METROPOLITAN NATIONAL BANK | GARNISHEE |

### ORDER

Pending is the motion of the United States to dismiss the garnishment in the above captioned case. (Docket # 14). For good cause shown, the motion is granted. The garnishment is hereby dismissed with prejudice.

IT IS SO ORDERED this 25th day of March, 2009.

_____
James M. Moody
United States District Judge